UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *RACHELLE ANTCLIFF, as Personal Representative of the Estate of Gary Steven Antcliff, deceased,*<br><br>                    Plaintiff,<br><br>v.<br><br>*CUSTOM BLENDING AND PACKAGING OF ST. LOUIS, LLC, STREBOR SPECIALTIES, LLC, AND DALE HORNE,*<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Cause No. 3:18-CV-1776-NJR-SCW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CUSTOM BLENDING AND PACKAGING OF ST. LOUIS, LLC, AND DALE HORNE'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**

**EXHIBIT 1 TO BE FILED UNDER SEAL**

Page 1 of 1

10697749.4